UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MELISSA J. MOSKALIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-cv-392 |
| | ) (PHILLIPS/SHIRLEY) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OPINION

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge C. Clifford Shirley. [Doc. 12.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that Plaintiff's Motion for Summary Judgment [Doc. 9] be **DENIED** and Defendant's Motion for Summary Judgment [Doc. 10] be **GRANTED.**

        **IT IS SO ORDERED**.

        **ENTER:**

                        s/ Thomas W. Phillips

                        United States District Judge

1

Case 3:11-cv-00392-TWP-CCS   Document 13   Filed 09/26/12   Page 1 of 1   PageID #: 68